**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8070**

---

In Re: JAMES OTIS KELLEY,

Petitioner.

---

On Petition for Writs of Mandamus and Prohibition.
(CA-94-2295-MJG)

---

Submitted: January 11, 1996          Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

James Otis Kelley, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Petitioner has filed a petition for a writ of mandamus and a writ of prohibition in this court to order the district court to reverse itself in an action in which the district court denied relief to Petitioner. Mandamus, however, cannot serve as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Accordingly, while we grant leave to proceed in forma pauperis, we grant the motions to deny the petition for the writ of mandamus and for a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED